United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 22, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-40375
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARTINDALE F MCLYMONT

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:02-CR-141-2
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Martindale F . McLymont has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). McLymont has filed a response. Our independent review of the record, counsel's brief, and McLymont's response, discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.